IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NATIONWIDE PROPERTY &
CASUALTY INSURANCE CO.,

    Plaintiff,

v.                                        Civil Action No. 5:07CV137
                                                          (STAMP)

MONICA L. HUNTER as Executrix of
the ESTATE OF TINA FLUHARTY, deceased,
NATHAN FLUHARTY, Executor of the
ESTATE OF JAMES FLUHARTY, deceased,
NATHAN FLUHARTY, individually,
WILLIAM BERNARDINI, JUDY BERNARDINI,
JOE SECKMAN, JOANN SECKMAN,
BLAINE HENDERSON and JOHN DOES,
children of JAMES FLUHARTY
and/or siblings and children of
TINA FLUHARTY,

    Defendants.

**ORDER EXTENDING DEADLINE FOR THE PARTIES' FIRST MEETING REPORT**

     Pursuant to this Court's First Order and Notice Regarding Discovery and Scheduling, entered on November 27, 2007, defendant Monica L. Hunter, as Executrix of the Estate of Tina Fluharty, filed a first meeting report by January 22, 2008. In that report, the defendant informed this Court that the parties have not yet held the initial discovery meeting and that no progress has been made in the development of and submission of a meeting report and proposed discovery plan.

     Accordingly, the parties shall have an extension of two weeks in which to file their first meeting report and proposed discovery plan. The parties shall file such report on or before **February 5, 2008.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    January 23, 2008

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE